JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>MINUTE BY MINUTE,<br><br>Defendant. | Case No.: 5:22-cv-01387-SSS-SPx<br><br>**ORDER ON STIPULATION TO DISMISS MINUTE BY MINUTE WITHOUT PREJUDICE**<br><br>[Filed Concurrently with Stipulation to Dismiss] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that having considered the stipulation and joint request to dismiss Defendant Minute by Minute without prejudice, and good cause appearing therefor, the Stipulation and Request is hereby **GRANTED**. Defendant Minute by Minute is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: January 17, 2023

_____
HONORABLE SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE

1
ORDER DISMISSING MINUTE BY MINUTE WITHOUT PREJUDICE

LEGAL\59986594\1